*William H. Bennison* and *Coleman Taylor* for motion.
*Nathaniel L. Goldstein, Attorney-General* (*Orrin G. Judd, Edward L. Ryan* and *John R. Davison of counsel*), opposed.

Motion denied, with $10 costs.

MAUDE CRELLIN, Respondent, *v.* BENJAMIN F. VAN DUZER, Defendant, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. (Action No. 1.)

RALPH E. CRELLIN, Respondent, *v.* BENJAMIN F. VAN DUZER, Defendant, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. (Action No. 2.)

Argued April 17, 1946; decided June 6, 1946.

*Dallas C. Newton* for appellant.
*Melvin H. Zurett* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.